GREENWICH FEDERAL SAVINGS AND LOAN *v.* OLF
VELDHUIS ET AL.

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Lydia B. Veldhuis,* in support of the petition.

*Scott E. Ivey* and *Peter M. Ryan,* in opposition.

Decided April 11, 1991

STATE OF CONNECTICUT *v.* RICHARD J. TANZELLA

The defendant's petition for certification for appeal from the Appellate Court is dismissed.

*Jon L. Schoenhorn,* in support of the petition.

*Jack W. Fischer,* deputy assistant state's attorney, in opposition.

Decided April 11, 1991

STATE OF CONNECTICUT *v.* CHARLES BURKE

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 528, is denied.

*Charles Burke,* pro se, in support of the petition.

*Jacqueline J. Footman,* deputy assistant state's attorney, in opposition.

Decided April 11, 1991